IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL R. GUTIERREZ,

    Plaintiff,

v.        No. CV 13-1245 KG/WPL

KARI B. BRANDENBURG, et al.,

    Defendants.

ORDER OF DISMISSAL

This matter is before the Court *sua sponte*. Plaintiff has failed to respond to the Court's order to show cause entered on April 28, 2014, which required Plaintiff to provide a current address. Because Plaintiff has failed to comply with the Court's order and local rules, or to show cause for excusing the failure, *Baker v. Suthers*, 9 F. App'x 947, 950 (10th Cir. 2001), the Court will dismiss the complaint without prejudice.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED without prejudice, and this action is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE